**DISMISS and Opinion Filed September 30, 2024**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-24-00088-CV**

**EDWIN KIHORE, Appellant**

**V.**

**HILLCREST GROUP, LLC AND SENECA FALLS, LLC, Appellees**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 115861-86**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Pedersen, III

On January 26, 2024, appellant filed a notice of appeal stating he was appealing the trial court's December 28, 2023 order dissolving a temporary restraining order. After questioning our jurisdiction, the trial court signed a final summary judgment on May 9, 2024. We then directed appellant that, if he intended to appeal from the May 9 judgment, he needed to file, no later than September 13, 2024, an amended notice of appeal stating so. *See* TEX. R. APP. P. 25.1(g). We cautioned appellant that failure to comply may result in dismissal of the appeal without further notice. As of today's date, appellant has not filed an amended notice

of appeal or otherwise communicated with the Court. Accordingly, we dismiss the appeal. *See id*. 42.3(c).

240088f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE

# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EDWIN KIHORE, Appellant

No. 05-24-00088-CV    V.

HILLCREST GROUP, LLC AND
SENECA FALLS, LLC, Appellees

On Appeal from the 86th Judicial
District Court, Kaufman County,
Texas
Trial Court Cause No. 115861-86.
Opinion delivered by Justice
Pedersen, III. Justices Smith and
Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees HILLCREST GROUP, LLC AND SENECA FALLS, LLC recover their costs of this appeal from appellant EDWIN KIHORE.

Judgment entered this 30th day of September, 2024.